IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM MARTIN | ) |
| | ) |
| v. | ) NO. 3-11-0743 |
| | ) JUDGE CAMPBELL |
| BANK OF AMERICA | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 26), to which no Objections have been filed. Plaintiff did not file a Response to Defendant's Motion to Dismiss (Docket No.19). Failure to file a timely response to a motion indicates there is no opposition to the motion. Local Rule 7.01(b).

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Defendant's Motion to Dismiss (Docket No. 19) is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE